FILED

SEP 28 2007

CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.
CLEVELAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

DONNELL MITCHELL,                )   CASE NO. 1:07 CV 2137
                                 )
        Plaintiff,               )   JUDGE CHRISTOPHER BOYKO
                                 )
v.                               )   JUDGMENT ENTRY
                                 )
SONYA M. ALDRIDGE,               )
                                 )
        Defendant.               )

This court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. §1915(e). Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

*Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT COURT